**JT Law Firm PA**
**Attorneys at Law**
*Serving New York, Florida, Texas, and New Jersey*
*Est. 2019*

7700 Congress Ave
Suite 3117
Boca Raton, FL 33487
T: (855) 585-2997

August 8, 2025

**MEMO ENDORSED**
at page 2

VIA CM/ECF

The Honorable U.S. District Judge Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *David M. Lifshitz v. Great Northern Insurance Company*
             Case No.: 1:25-cv-1643-ER

             Unopposed Letter Motion to Amended Scheduling Order

Dear Judge Ramos:

    This firm represents Plaintiff, David M. Lifshitz ("Plaintiff"), in the above referenced matter. Pursuant to this Honorable Court's Individual Practices, Plaintiff respectfully requests an Amended Scheduling Order and in support thereof states as follows:

    1.    This is a breach of contract action from a policy of insurance issued by Defendant, Great Northern Company ("Defendant") to Plaintiff for damages to Plaintiff's property.

    2.    On June 11, 2025, this Honorable Court executed the Civil Case Discovery Plan and Scheduling Order (the "Scheduling Order") [D.E. 17].

    3.    Pursuant to the Scheduling Order, paragraph ¶7, non-expert depositions shall be completed by August 31, 2025.

    4.    The Parties are in agreement that additional time will be needed to conduct non-expert depositions.

    5.    Plaintiff respectfully requests that this Honorable Court amend the Scheduling Order and extend the deadline to complete non-expert depositions to October 31, 2025.

    6.    Neither party will be prejudiced by the extension, and this Motion is made in good faith and not for the purpose of delay. The requested relief will allow the Parties to complete all necessary discovery and otherwise prepare for trial.

7.    Counsel for Plaintiff certifies that prior to filing, this Motion has been discussed with counsel for Defendant, and there is no objection.

Accordingly, Plaintiff respectfully requests this Honorable Court grant this Letter Motion to amend the Scheduling Order to extend the deadline to complete non-expert depositions to October 31, 2025, and for any other such relief this Honorable Court deems just and proper.

Thank you for your attention to this matter.

Respectfully Submitted,

/s/ John A. Tolley
John A. Tolley, Esq.

JT Law Firm, P.A.
7700 Congress Avenue, Suite 3117
Boca Raton, Florida 33487
Telephone: (855) 585-2997
Email: john@jtlawfirm.net
monica@jtlawfirm.net
carolyn@jtlawfirm.net
*Counsel for Plaintiff*

JAT/cp

cc:
Peter A, Ragone, Esq.
John P. Foudy, Esq.

McGivney Kluger Clark & Intoccia, P.C.
33 Whitehall Street, 16th Floor
New York, New York 10004
Telephone: (212) 509-4420
pragone@mkcilawus.com
jfoudy@mkcilawus.com
*Counsel for Defendant*

---

The request is granted. The deadline to complete non-expert depositions is extended to October 31, 2025.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 11, 2025
New York, New York